UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No.: 5:21-CR-337-FL-4

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| ) | |
| DEYONTE MONTELL GALLOWAY, ) | |
| Defendant ) | |

Upon motion of the court appointed counsel, Myron T. Hill, Jr., for the above referenced defendant, it is hereby ORDERED that Docket Number 208 be sealed until such time as requested to be unsealed by Defense Counsel.

This the 23rd day of November, 2021.

_____
The Honorable Louise W. Flanagan
United States District Court Judge